sidence or a more dramatic geological event such as a landslide can have an effect on the marketability of a site, i.e., the phenomenon of stigma discussed later in this chapter. Governmental geological surveys may indicate the location of past landslides.

As discussed in Chapter 7, the appraisal of mineral rights (i.e., the right to extract natural resources found on a site) is a highly specialized appraisal assignment, and appraisers often must work with a geologist or other expert in the mining industry. An accurate assessment of the physical characteristics of a deposit of natural resources is critical in estimating the economic potential of the land. Note that the economic potential of land used for agricultural purposes may be adversely affected by an extractive industry such as oil or gas drilling on or near the site. An appraisal of subsurface rights requires an understanding of the geological characteristics of the land as well as the workings of the relevant extractive industry and the investment market for properties with natural resources.

**Figure 12.6** Soil Profile




In a soil profile, the three major horizons (i.e., layers of soil with characteristics produced by soil-forming processes) are

- **A:** the surface horizon
- **B:** the subsoil, i.e., the part of the soil that lies below plow depth
- **C:** the substratum

Additional layers may include

- **O:** an organic horizon on the surface
- **E:** a master horizon, usually between the A and B horizons, for soil with a significant loss of minerals
- **R:** hard bedrock, which is not soil

Source: http://pdfcast.net/soil-horizons-diagram.html

### Where to Find

**Soils Data**

Soils surveys conducted by the US Department of Agriculture, along with state agricultural experiment stations and other federal and state agencies, are used to create soil maps for farmers and ranchers. For more information, visit the Web Soil Survey at https://websoilsurvey.nrcs.usda.gov/app/.

### Floodplain and Wetlands Analysis

Appraisers should check floodplain maps prepared by local governments and review any available surveys or topographical data provided by the client. Proximity to any flood zones may be determined by studying maps published by the Federal Emergency Management Agency (FEMA). Each map panel is identified by a FEMA number and shows properties within the 100-year floodplain, floodways, or other districts (see Figure 12.9). These maps also provide base data for flood insurance rate maps (FIRMs).