investors look at project economics on a before-tax basis because the company does not pay tax such as a Limited Liability Company (LLC) or a Sub Chapter S Corporation (Sub-S). Generally it is undesirable to evaluate investments on a before-tax basis unless the investor is not subject to income taxation. Another justification of before-tax calculations may be if others in the organization are responsible for the computation of the specific tax considerations that will impact the investment cash flows. The reader can use the various components of Equation 1-1 to help visualize the after-tax cash flow values that are illustrated in more detail in Chapter 7 through 12 examples and problems of this textbook.

The term "discounted cash flow" evolved from the fact that investors most often handle the time value of money using present value calculations so they compute "present worth" or "discount" future positive and negative "cash flow" anticipated from an investment to evaluate the project's economic potential in present value.

Discounted cash flow analysis forces an investor to think systematically and quantitatively about all the relevant economic factors that may affect the economic potential of investments. In the past, successful entrepreneurs "intuitively" took into account investment economic analysis factors such as the magnitude and relative timing of investment costs and revenues, the effects that inflation and escalation may have on costs and revenues, the risk of failure involved with the overall investment, the uncertainty associated with projection of specific investment analysis parameters, the tax effects relevant to a proper after-tax evaluation for the financial situation of the investor, and finally, how to assimilate these considerations in a manner that enabled fair, consistent comparison of alternative investments. As investors have become more diversified, it has become more difficult to use entrepreneurial judgments consistently and correctly in analyzing the economic potential of different investments. Discounted cash flow analysis has provided a systematic approach to quantitatively take into account the factors that are relevant in all industries for the proper economic analysis of investments.

Examples of the use of discounted cash flow analysis today are innumerable. Income and service-producing project investments of all types are analyzed using discounted cash flow analysis. Investors in minerals, petroleum, timber, real estate, manufacturing, leasing, etc. use discounted cash flow analysis to determine the upper limit that they could be willing to pay for mineral rights, land, or assets to generate projected negative and positive cash flows over future years that yield a specified return on invested

capital. Various states and local governments use discounted cash flow to value property or a business for severance or property tax purposes. Many companies use discounted cash flow analysis to evaluate the economic value of other companies. In a very simplified form, by evaluating the present value of individual properties and businesses that make up a company, the overall company value may be considered to be the cumulative sum of the value of individual properties or businesses. The acquisition bids for companies in recent years are situations where discounted cash flow analysis by major investors has indicated the value of companies to be considerably different than the value common stock shareholders had been placing on the companies utilizing net income approaches. Sometimes the discounted cash flow analysis will give a higher indicated value of a project or company than other evaluation approaches might give. Sometimes the discounted cash flow value may be less. The advantage of discounted cash flow analysis is that in all cases the assumptions on which the analysis is based can be explicitly stated and understood by all. If you do not like the input assumptions they can be changed to what you consider more realistic. The non-discounted cash flow, older economic analysis methods have various implicit assumptions built in that may or may not be correct in different analysis situations and, therefore, often lead to incorrect economic evaluations. In particular, the older evaluation techniques do not properly account for the time value of money. This is the single most important consideration that has caused companies and investors in most industries to shift to discounted cash flow analysis since the mid 1960s.

The real utility of discounted cash flow analysis is that it puts all investments on a common evaluation basis of handling the time value of money with compound interest rate of return. In all industries, we are concerned with analyzing inflows of money (such as revenues and savings) and outflows of money (such as operating costs, capital expenditures, and income tax costs). Discounted cash flow analysis enables investors to fairly and properly account for the magnitude and timing of these dollar value considerations regardless of the type of investment.

cv-00107-CDL Document 126-7 Filed 02/08/24



**Calculating Taxable Income Before Depletion Based on Breakeven Costs to Test 100% Limit on Percentage Depletion**

| Year | 0 | 1 | 2 | 3 |
|---|---|---|---|---|
| Production | | 72 | 48 | 24 |
| Selling Price, $/Bbl | | 60 | 60 | 60 |
| Revenue (100%) | | 4,320 | 2,880 | 1,440 |
| Net Revenue (36%) | | 1,555 | 1,037 | 518 |
| –Net Operating Cost | | –90 | –90 | –90 |
| –Intangible Drilling | –1,595 | | | |
| –Depreciation | | -98 | -166 | -120 |
| Taxable Before Depl. | –1,595 | 1,367 | 781 | 308 |
| 100% Limit Test* | | 1,367 | 781 | 308 |
| Percentage Depletion | | –233 | –156 | –78 |

The check shows that there is sufficient Taxable Income Before Depletion each year to claim the percentage depletion deductions reflected in the analysis. The percentage depletion deductions do not exceed the 100% limit, therefore no adjustments are necessary.

## 9.6 Three Methods of Investment Valuation

Placing correct value on investment property and projects is extremely important to investors, bankers, and sellers alike. Frequently, how much a property is worth at a given time under a given set of market conditions must be determined. Sometimes, financial considerations such as the maximum mortgage loan that can be obtained on an investment and the loan terms will affect determination of the value of a property. However, the present value of expected future cash flows provides an appraisal of the market value of business assets. Lending institutions are just as anxious as buyers and sellers to know the answers to valuation problems. Often they depend upon a professional class of 'rule-of-thumb' appraiser rules to develop the guidelines on which to base their commitments. Investment bankers perform the same appraisal service in relation to putting value on companies, projects, and investment situations.

To determine how much you should pay for property or how much you should be willing to accept as sale value on a property you own, or how much you can take as an income tax deduction on business property that you contribute to a charity, you must determine the property "fair market value" on

v-00107-CDL Document 126-7 Filed 02/08/24


the date of the transaction. As defined by the U.S. Internal Revenue Service in Publication 334, fair market value is the price that property would sell for on the open market. *It is the price at which the property would change hands between a willing buyer and a willing seller, with neither having to buy or sell, and both having reasonable knowledge of all necessary facts.* The term "market value" often is used interchangeably with "fair market value."

There are three common approaches that appraisers, investment bankers, and investors utilize in determining the market value of investment property. These approaches are 1) replacement cost, 2) market valuation based on comparable sales, and 3) discounted cash flow analysis valuation of projected future positive and negative cash flows.

The replacement cost approach to valuation is based on analyzing cost for land, mineral rights, buildings and equipment, roads, development, and other costs to replace an existing facility, production operation, real estate investment, or general investment project. You need to be very careful to include all costs that are relevant for this type of analysis and that can be a difficult task sometimes. Different projects that on the surface seem similar or identical may have significantly different development or operating costs for subtle reasons that an inexperienced evaluator might overlook.

The comparable sales approach to valuation is based on looking at recent sale prices for properties or investments similar to the one being valued. This approach works very well in housing real estate where many transactions occur regularly for similar properties over a given period of time in specific regions or locations. To a lesser degree this approach is applicable to apartment house, office building, and land real estate investments. The consideration that you must be very careful about in making comparable sales analyses is the comparable equivalence of properties being analyzed.

When analyzing income-producing projects such as a business and general investments, subtle differences in location, property taxes, operating costs such as energy costs, development or needed improvement costs, size of operation (which may affect efficiency of operation), existing product sale contracts, and many other factors can cause significant differences in investment valuations. *Comparable sales often is a poor approach to valuation of natural resource properties.* The value of mineral, petroleum, and timber rights varies significantly with size of reserves, projected timing for development of reserves, expected rate of production of reserves, expected cost for development and production of reserves, projected product price at different future points in time related to production, and future salvage value of the assets, to name some of the significant parameters to be considered.

Usually at least several of these parameters differ significantly for different properties, making comparable sales a very poor approach to valuation of natural resource properties. *Different size and quality of natural resource properties affects the timing and cost of production, which generally makes it imperative to go to discounted cash flow valuation of natural resource investments rather than trying to utilize the comparable sales approach.*

Discounted cash flow analysis, for valuation purposes, relates directly to after-tax net present value analysis of the investments to be assessed. This requires projecting the magnitude and timing of project capital investment costs and operating costs to produce product at a given rate with projected future product selling prices. All expected inflows and outflows of money, including salvage values or abandonment costs, need to be taken into account. Proper tax effects and any risk of failure need to be accounted for properly in a valid discounted cash flow valuation.

These calculations and concepts have been the subject of emphasis in the previous eight chapters of this text, so we will conclude this discussion by emphasizing the importance of the magnitude and timing of input cost and revenue data and the income tax and evaluation assumptions applied to these data to obtain valid discounted cash flow valuation results. Section 9.7 further emphasizes that *after-tax NPV of a project, in general, does not necessarily represent the maximum price that an investor can pay to receive the desired DCFROR on invested capital.* Since acquisition costs of various types are tax deductible through depreciation, amortization, depletion, or writeoffs upon sale or abandonment of a project, the market value of an investment is often great than the NPV.

## 9.7 NPV Use For Breakeven Acquisition Cost Valuation

*Net Present Value (NPV) represents the additional after-tax cost that can be incurred at the point in time NPV is calculated and still give the investor the minimum after-tax rate of return on invested dollars. The words "additional after-tax costs" means "additional negative after-tax cash flow." Acquisition, or other additional costs being considered, are before-tax expenditures. Investors must account for the tax deductibility of all costs to determine the tax savings from those expenditures and the impact on cash flow and after-tax NPV. Netting the present worth of these tax savings against the acquisition cost gives the "after-tax acquisition cost," which equals the after-tax project NPV. Rephrasing the last sentence, what an investor is looking for with this calculation is the additional before-tax cost that will make his or her after-tax NPV equal zero.*