# SUPPLEMENTAL JURY QUESTIONNAIRE

1. Have you ever had a bad or negative experience with Zaxby's, or do you, for any reason, have a negative opinion of the restaurant, company, or anyone associated with Zaxby's?  If yes, please explain.

   _____

   _____

2. Have you ever had a bad or negative experience with the federal government, or do you, for any reason, have a negative opinion of the federal government or its employees?  If yes, please explain.

   _____

   _____

3. Have you, your business, or a close family member or friend ever had a tax deduction disallowed, been audited by the IRS, or are you/they currently undergoing an IRS audit?  If yes, please explain.

   _____

   _____

4. Have you ever heard of any lawsuits or court cases involving conservation easements or IRS related tax issues?  If yes, please explain.

   _____

   _____

5. Have you read, seen, or heard any news accounts about Tony Townley, Elizabeth Townley, or anything related to their family? If yes, please explain.

_____
_____
_____
_____

I swear under penalty of perjury that the foregoing answers are true and correct to the best of my knowledge and belief.

_____                    _____

NAME                                                                                  JUROR NUMBER